**RECEIVED**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

AUG 1 3 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

_Eastern_ **DIVISION**

Mycere Bey )
)
)
)
)
)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
)
- vs - )
Calverton Park Police )   Case No. _____
) (To be assigned by Clerk
) of District Court)
)
) jury trial
)
)
)
)
)
)
(Enter above the full name of **ALL** Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Calverton Park violated my civil rights and indigenous rights

II.   Plaintiff, __Nycere Bey__ resides at
__644 Bugle Run__, __Florissant__, _____,
street address                    city                       county
__Mo.__, __63034__, __(314) 368-3613__
state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III.   Defendant, ~~52 Young Drive~~ _Calverton Park_ lives at, or its business is located at
__52 Young Drive__, __St. Louis__, _____,
street address                    city                       county
__Mo.__, __63135__.
state        zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Calverton Park police was called by another police corporation to kidnap me, after I tried to explain to them that I denounced my U.S. citizenship and proclaimed my nationality as a MOOR and that we are a Soverign body and require no drivers license for our travel and the only laws that apply to us are the laws of the Republic they refused to listen to mee and proceded in kidnapping me under my now copy writen straw name. Violating my Sixth Amendment right. Along with Causing pain and suffering. I also recently August the first to be exact went to court in calverton park. I came as my new found free name Nycere Bey Secure party for my straw name Curtis Lamarr Flanagan and tried to explain that I am a soverign national and they didn't have jurisdiction the judge ignored me put a warrant out for my strawman's arrest and they kidnapped me.

3

V.  Relief: State briefly and exactly what you want the Court to do for you.

Order the police organizations to pay penalties for violating Commercial law and my civil rights.

VI.  **MONEY DAMAGES:**

A)  Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]         NO [ ]

B)  If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$ ~~12,000,000.00~~ ~~20,000.00~~ is reasonalble for Kidnapping me w.L a gun and forcing a disabled Man to walk three miles back home.

VII.  Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]         NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of July 20, 2012

Nycere Bey
UCC1-308 All right reserved

Signature of Plaintiff(s)

UCC 1-308

4